UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

v. 23 Cr. 00090 (AKH)

MATTHEW MORROW WU AND SHANGZHEN WU,

Conference

Defendants.

------------------------------x

New York, N.Y.
May 2, 2024
12:00 p.m.

Before:

HON. ALVIN K. HELLERSTEIN,

U.S. District Judge

APPEARANCES

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
JERRY FANG
HENRY ROSS
Assistant United States Attorney

ZAWADI BAHARANYI
Attorney for Defendant Matthew Morrow Wu

MARK COHEN
Attorney for Defendant Shangzhen Wu

(Case called.)

THE DEPUTY CLERK: All right. Counsel, please state your appearances for the record.

MR. FANG: Good afternoon, your Honor. Jerry Fang and Henry Ross for the government.

MS. BAHARANYI: Good afternoon, your Honor. Zawadi Baharanyi on behalf of Matthew Morrow Wu.

THE COURT: Good afternoon.

MR. COHEN: Good afternoon, your Honor. Mark Cohen on behalf of Shangzhen Wu.

THE COURT: How are you, Mr. Cohen?

MR. COHEN: It's good to see you, your Honor.

THE COURT: Shangzhen Wu is here. Matthew Morrow Wu has medical reasons, and I excused him.

MS. BAHARANYI: Yes. Thank you, your Honor.

THE COURT: Mr. Fang, what are we doing?

MR. FANG: Your Honor, we're here to provide the Court a brief status update and a proposed motion schedule the parties have discussed.

With respect to a brief discovery update, we have recently produced in March approximately 93 gigabytes of emails, which constitute approximately 95,000 emails that the defendants had requested from the government. And we have also obtained certain American Express calls at the defendants' request, and intend to produce those in the coming days.

The government was advised that --

THE COURT: Will that be your full production?

MR. FANG: On these charges, yes, your Honor.

The government was advised that defense counsel may wish to file certain motions, and so we have discussed and agreed upon a proposed schedule that I'm happy to --

THE COURT: What is the proposed motion, Mr. Cohen, and, Ms. Baharanyi?

MR. COHEN: Judge, we're contemplating a motion for severance for trial.

THE COURT: Okay.

MS. BAHARANYI: And --

THE COURT: Go ahead.

You have good law, Mr. Cohen?

MR. COHEN: The law is not exactly great, but the facts --

THE COURT: It's mostly a discretionary item, isn't it?

MR. COHEN: Judge, it is. And I'm not taking this lightly, but I do believe that factually there are some compelling facts that warrant your consideration at least.

THE COURT: You should make the motion.

MR. COHEN: I know. I'm going to do it. Thank you.

THE COURT: So the schedule is: File your motions August 3rd.

Opposition, August 27 -- sorry. File your motion July 23.

Why so far off?

MR. COHEN: Judge, there is still more discovery to come. The discovery that was produced was voluminous, and I have some issues that I have to sort out.

THE COURT: Okay.

MR. COHEN: Including -- pardon me.

THE COURT: I understand.

MR. COHEN: Thank you.

THE COURT: All right. So filing of motions, July 23.

Opposition, August 3.

Reply, August 27.

Hearing, September 24 at 11:00 a.m.

Is that your schedule?

MR. FANG: Your Honor, I believe for oppositions the parties had discussed August 13 instead of August 3rd.

THE COURT: I misread my notes. July 23, August 13, August 27, hearing, September 24.

MR. FANG: Yes, your Honor.

THE COURT: Thank you.

Ms. Baharanyi, you're on that?

MS. BAHARANYI: Yes, your Honor.

THE COURT: Will you be joining the motion?

MS. BAHARANYI: Your Honor, likely, although I will be

consulting with a colleague who will be taking this case while I'm on parental leave.

THE COURT: Do I have one brief from both of you?

MS. BAHARANYI: Oh, under -- well, we'd like to probably speak about that, your Honor.

THE COURT: If you have differences --

MS. BAHARANYI: Yes.

THE COURT: -- just do the differences in separate briefs, but join together in one brief and even one set of papers. You can say the following arguments by Shangzhen Wu, the following arguments by Matthew Morrow Wu, so that it's more convenient.

MS. BAHARANYI: If I may have one moment to speak with Mr. Cohen?

THE COURT: That's an aspiration. It's not a requirement. It's an aspiration.

MS. BAHARANYI: Okay.

THE COURT: You have to do what you think is best for your clients.

MR. COHEN: I appreciate that, Judge.

THE COURT: Motion?

MR. FANG: The government moves to exclude time until the date of the hearing, September 24, in the interests of justice, to allow for the continued production of discovery and for the parties to -- or for the defense to consider any

motions that may be filed, and for the parties to continue any discussion as to pretrial resolution to this case.

THE COURT: Without objection?

MS. BAHARANYI: No objection.

MR. COHEN: No objection.

THE COURT: So ordered. Thank you all.

MR. COHEN: Thank you, your Judge.

MS. BAHARANYI: Thank you, your Honor.

MR. FANG: Thank you, your Honor.

MR. ROSS: Thank you, your Honor.

(Adjourned)