Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2025

*By ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Morrow-Wu et al.*, 23 Cr. 90 (AKH)

Dear Judge Hellerstein:

The Federal Defenders of New York previously represented Mr. Morrow-Wu, and I write to respectfully request that the Court direct the clerk's office to indicate that Jillian Tancil, Esq. has been "terminated" as counsel in this matter.

Ms. Tancil worked on this matter while at the Federal Defenders' office, but the Federal Defenders were relieved as counsel when Mr. Morrow-Wu retained Elena Fast, Esq. *See* ECF No. 85 (Notice of Appearance of Ms. Fast on August 16, 2024). At the time Ms. Fast was retained, Ms. Tancil had already returned to her position at Debevoise & Plimpton LLP, and thus had ceased to represent Mr. Morrow-Wu. The docket correctly indicates that I have been "terminated" as counsel, but Ms. Tancil, inaccurately, continues to be listed on the docket as Mr. Morrow-Wu's counsel.

Accordingly, I respectfully request that the Court direct the clerk's office to indicate on the docket that Ms. Tancil has been "terminated" as a representative of Mr. Morrow-Wu.

Respectfully submitted,

/s/________________________

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc. All counsel of record, by ECF