Hon. Alvin K. Hellerstein

U.S. District Court Judge

Southern District of New York

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007-1312

**Denied. The Court does not accept letter motions faxed to Chambers. Motions should be properly supported by sworn statements (or declarations made under penalty of perjury) and a memorandum showing the Court's jurisdiction.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**7/25/2025**

Re: United States v. Matthew Morrow Wu, et al.

Case No.: 23-CR-00090-AKH

Dear Judge Alvin K. Hellerstein,

I respectfully write to the Court out of fear, desperation, and extreme hardship. I am currently housed at Essex County Correctional Facility (ECCF) awaiting sentencing. My attorney is currently on vacation, and due to the urgency and seriousness of my situation including ongoing medical neglect, retaliation, and disregard for this Court's prior order, I am seeking the Court's immediate intervention to ensure my safety, access to appropriate medical care, and the protection of my legal rights while in custody.

From the outset of my detention, I have endured neglect, retaliation, and what I believe to be violations of my constitutional rights. On my second day at ECCF, my legal last name—Ho, as recognized by the Eastern District of California and assigned a U.S. Marshal number under that name—was removed and replaced with my former surname, allegedly because I "do not appear Asian." ECCF has since refused to comply with this Court's April 29 Order requiring them to update my records to reflect my legal name. Despite this clear violation, the U.S. Marshals in the Southern District of New York have permitted ECCF to ignore the Order.

Worse, ECCF has submitted reports to the U.S. Marshals claiming that I am receiving my prescribed medications and dietary accommodations. In reality, I often go weeks without medications. The jail's own nurse confirmed to me that I was not prescribed most of the medications they claim I'm receiving. Similarly, the so-called "diet tray" I receive often includes multiple ingredients to which I have documented, severe allergies, rendering it unsafe to eat. I am regularly forced to starve for my safety. To this day, I have never received any treatment for my diagnosed skin cancer.

I have made multiple attempts to raise these issues through the jail's formal grievance process; however, rather than addressing the concerns, ECCF has responded with acts of retaliation, further compounding my hardship and chilling my ability to exercise my legal rights. I have been moved multiple times between housing units without explanation. The jail has threatened to take away my access to the tablet and phone, which I use to file grievances. When my family or attorney requested copies of my grievances and the jail's responses, which could prove the inaccuracy of medical records sent to the U.S. Marshals, ECCF did not provide them. Additionally, the jail has refused to provide me, my family, or my attorney with a copy of my medical records, further obstructing our ability to prove the extent of the falsehoods in the reports they submitted.

Additionally, the jail has refused to discuss my condition with my spouse, falsely claiming he is not on my emergency contact list, even though I have repeatedly requested that he be added. This has blocked his ability to advocate for me, even in urgent matters involving my health and safety.

My family has attempted to report these issues through the jail's official website, to the Department of Corrections, and to the Jail Task Force, but none of these complaints have received any meaningful response. The Southern District U.S. Marshals have also refused to transfer me to a facility where I would be safe and properly cared for, despite knowing full well that I am being denied food, medical care, and even access to my correct legal identity.

At this point, my family has been forced to retain civil counsel to begin pursuing legal action against Essex County Correctional Facility and the U.S. Marshals. I fully acknowledge that I am currently incarcerated; however, that status does not and should not justify the prolonged infliction of cruel and unusual punishment. I am simply doing everything within my power to survive, lawfully raise my concerns, and be treated with the most basic level of human dignity—not as a slave. Yet the ongoing retaliation, systemic abuse, and deliberate indifference to my health and safety are taking an increasingly devastating toll on my physical and emotional well-being.

Accordingly, I respectfully request this Court to immediately intervene and issue an order:

1. Directing my immediate transfer to a different detention facility that will comply with Court orders and provide constitutionally adequate care;
2. Mandating the use of my legal name, Matthew Ho (also known as Matthew Blake Ho or Morrow-Wu), including recognition of the U.S. Marshal number previously issued in the Eastern District of California;
3. Requiring Essex County Correctional Facility and the U.S. Marshals to:

- Provide all prescribed medications without delay;
- Comply with medically necessary dietary restrictions;
- Initiate treatment for my skin cancer and other diagnosed conditions;
- Produce full copies of all grievance forms and responses to my family and legal counsel;

4. Restraining Essex County Correctional Facility and the U.S. Marshals from engaging in further retaliation;
5. Requiring a written explanation from Essex County Correctional Facility regarding the following:
    - Why they ignored this Court's April 29, 2024, Order requiring correction of my legal name;
    - Why they repeatedly served me meals containing ingredients to which I have documented allergies, despite dietary restrictions being on file;
    - Why they failed to provide medical treatment for my diagnosed skin cancer and other serious health conditions;
    - Why they submitted inaccurate information to the U.S. Marshals regarding my medical care and dietary accommodations;
    - Why they refused to process or update my emergency contact list, despite multiple written and verbal requests;
    - Why they failed to provide copies of my medical records, grievances, and grievance responses to me or my family, despite multiple formal requests;
    - Why they threatened to revoke my access to the tablet and telephone, tools I rely on to communicate and submit grievances;
    - Why they responded with retaliatory actions, such as repeated housing transfers and threats, instead of providing the reasonable accommodations I lawfully requested.
6. Requiring a written explanation from the U.S. Marshals Service regarding the following:
    - Why they refused to facilitate my transfer to a safer and more appropriate facility, despite being notified of ongoing retaliation, medical neglect, and risk to my safety and well-being.

Thank you for your time, attention, and commitment to ensuring justice is upheld. I respectfully ask for your swift intervention before my situation deteriorates further.

Yours sincerely,

/s/ Matthew Blake Ho