**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2025

**BY ECF AND EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Morrow-Wu, et al.*, S1 23 Cr. 90 (AKH)**

Dear Judge Hellerstein:

The Government respectfully writes to seek an adjournment, at the Court's convenience, of the sentencing hearing for defendant Matthew Morrow-Wu, currently scheduled for November 13, 2025, at 10:30 AM. Multiple members of the prosecution team now have scheduling conflicts with the currently scheduled date and time, including a trial conflict and international work travel. Counsel for Mr. Morrow-Wu has no objection to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: ______________________
Angela Zhu
Assistant United States Attorney
(212) 637-1027