LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
26 BROADWAY, 3rd FLOOR
NEW YORK, NY 10004
T (212) 500-3273
F (855) 696-6848

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+
ERIC PRUSAN+
ALYSON LUFTIG+

* Member N.Y. & N.J. Bar
+ Member N.Y. Bar

December 22, 2025

**VIA ECF**
Hon. Alvin Hellerstein
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: United States vs Matthew Morrow Wu, et.al.**
**23-CR-00090 AKH**

Your Honor:

This Office represents the defendant, Matthew Ho a.k.a. Wu, and defendant most respectfully files this letter motion to seek an adjournment of his sentencing date of January 6, 2026. This is Defendant's second request and the third overall request to adjourn sentencing and the first two were granted.

Our expert needs another 30 days to complete his report and Mr. Ho's lack of availability due to his transfer of prisons and illnesses have prevented our expert from finishing his report and kept us from advising him and allowing us to prepare defendant's sentencing memorandum.

Defendant is seeking a thirty-day adjournment to allow our expert to finish his report and allow Mr. Ho to continue his treatment.

We have spoken to Mr. Fang and it is our understanding that the Government will not oppose this request for adjournment.

Thank you for your courtesy and consideration.

Very truly yours.
s/Eric I. Prusan
Eric I. Prusan

cc: All Attorneys of Record (via ECF)

Sentencing is adjourned until February 5, 2026 at 10:00 am.

X Alvin K. Hellerstein
12/23/2025