

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 3, 2026

**So ordered.**

**BY ECF AND EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**March 4, 2026**

Re:     *United States v. Morrow-Wu*, **S1 23 Cr. 90 (AKH)**

Dear Judge Hellerstein:

The Government respectfully writes regarding the sentencing for defendant Matthew Morrow-Wu, which is scheduled for March 10, 2026. The Government's sentencing memorandum is currently due today, March 3, 2026. With the consent of defense counsel, the Government respectfully requests a one-day extension of the deadline to file its submission, to March 4, 2026. The Government is respectfully requesting this brief extension in order to finalize its submission to address the complexity of certain issues pertinent to sentencing in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:     ___/s/_____
Jerry J. Fang / Henry L. Ross / Angela Zhu
Assistant United States Attorneys
Tel. 212-637-2584 / 2442 / 1027

cc: Eric Prusan, Esq. (by ECF and email)