# Wai Lok Ho

---

**From:** MORROW-WU MATTHEW BLAKE (32560074)

**Sent Date:** Thursday, July 23, 2026 6:50 PM

**To:** victor505203@gmail.com

**Subject:** Defendants Pro Se Emergency Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V S1-CR-0090 (AKH)

MATTHEW WU
________________________________/

COMES NOW, Defendant Matthew Wu, in pro-se, submits this emergency motion requesting that the court promptly reaffirm its recommendation concerning Defendants placement at MDC Brooklyn and request that the Bureau of Prisons ("BOP") defer transfer until defendant has had a reasonable opportunity to complete MRI's abd address pending appellate representation.

In support of this motion, I state the following:

1. Defendant is currently incarcerated at MDC Brooklyn. I have been informed that I have been designated to a prison facility and can be moved at any time;

2. As the court is aware, I have Parkinson's Disease and am currently going through evaluation and treatment and medication management. I have important testing and follow up visits that need to be completed before transfer;

3. Medical staff have advised I need at least 90 days to complete these testing and evaluations. My dosage needs to be increased progressively and a transfer before the final dosage is determined could reset this to the started dose resulting in substantial harm.

4. I am pursuing an appeal before the Second Circuit, Case 26-1881. I have requested appointment of CJA counsel but my former retained counsel, Eric Prusan, has failed to properly file his withdraw from the case and filed defective papers that he has refused to fix.

5. Once this issue is resolved and I am appointed counsel, I will need time to meet with said counsel, review the record, discuss the issue on appeal, provide relevant information and documents, and assist counsel with the appellate brief;

6. I believe a transfer before my pending testing is done and before I can meet appellate lawyer, that it may disrupt my medical care and my ability to participate in m appeal.

7. I am not seeking to interfere with the BOP's authority over my placement. Rather, I am respectfully requesting that the court affirm its recommendation and order the BOP to not move me from MDC Brooklyn until after September 16, 2026;

8. My former retained counsel, Eric Prusan, has asked for a $10,000.00 fee to file this motion or to fix his errors at the appellate court.

WHEREFORE, I request this court:

a. Consider this motion on a Pro Se Emergency Basis;
b. Order the BOP to keep me at MDC Brooklyn through September 16, 2026;
c. That the BOP promptly finish all pending medical exams, appointments, and consults; and
d. Order that once appointed, I have enough opportunity to meet with and assist appellate counsel.

---

Submitted: 23 July 2026  Electronically signed via Corrlink's Messaging System
Matthew Ho
Reg # 32560-074
MDC Brooklyn
PO BOX 329002
Brooklyn NY 11232

Certificate of Service
On 23 July 2026, I placed a copy of this motion, in the MDC Legal Mail system following required protocol to the United States Attorney SDNY Appellate Division 26 Federal Pl 37th FL New York NY 10278.

Under Penalty of Perjury the following is true and correct.
23 July 2026, Signed electronically via the Corrlink's Messaging System.